United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 15, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 02-60600
_____

HAL JENKINS

Plaintiff-Appellant,

versus

CAJUN CREDIT OF MACON;
BANKERS LIFE INSURANCE COMPANY OF FLORIDA

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 4:00-CV-185
_____

Before GARWOOD, JOLLY, and HIGGINBOTHAM, Circuit Judges.

PER CURIAM:[*]

We have reviewed the record, read the briefs and heard the arguments of the parties. After doing so, we are convinced that the thorough treatment of the issues by the district court reflects no reversible error. For the essentially the reasons given by the district court in its thorough and able opinion, the judgment of the district court is

AFFIRMED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.